UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CELSIUS NETWORK LLC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2026

25-cv-4444 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Appellant's motion for leave to appeal having been denied (Dkt 5), the Clerk is directed to terminate this action.

      SO ORDERED.

Dated:      March 31, 2026

_____
Lewis A. Kaplan
United States District Judge